IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DENVER L. WATERS, SR.,ETAL ) | |
| ) | |
| ) | |
| ) | |
| v.   ) | Case No. CV206-84 |
| ) | |
| HONEYWELL INTERNATIONAL,INC.  ) | |
| *formerly known as* ALLIEDSIGNAL,INC. and  ) | |
| *formerly known as* ALLIED CHEMICAL CORP) | |

**O R D E R**

Upon consideration of the following motions with the appropriate pleading numbers listed, said motions are dismissed as moot in view of a settlement between the parties.

Motion for Partial Summary Judgment #11.
Motion for Judgment on the Pleadings #13.

SO ORDERED this 8th day of February, 2007.

_____
ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA